The Court of Criminal Appeals, on April 21, 2000, without an opinion, affirmed the trial court's order denying Leroy White's Rule 32, Ala.R.Crim.P., petition. White v. State (No. CR-98-0722), ___ So.2d ___ (Ala.Crim.App. 2000) (table). We deny the petition for the writ of certiorari. In denying the petition, we note that when the facts are undisputed and an appellate court is presented with pure questions of law, that court's review in a Rule 32 proceeding is de novo. State v.Hill, 690 So.2d 1201, 1203 (Ala. 1996).
WRIT DENIED.
Moore, C.J., and Houston, See, Lyons, Brown, Johnstone, Harwood, Woodall, and Stuart, JJ., concur.